# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE: | Case No.:20−40697−acs |
| Derrick A. Willis and | |
| Kara B. Willis | |
| | Chapter: 7 |
| Debtor(s) | Judge: Alan C. Stout |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion for Relief from Stay and Abandonment regarding 2020 TOYOTA HIGHLANDER − VIN 5TDFZRBH3LS021093 Fee Amount $188.. Filed by Creditor Toyota Motor Credit Corporation. Objections due by 12/29/2020. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Filed Proof of Claim # 2 Proposed Order) (Simons, Molly)

Dated: 12/16/20

|  | FOR THE COURT |
|---|---|
| By: | Elizabeth H. Parks |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |

United States Bankruptcy Court

Western District of Kentucky

In re:                                                                                    Case No. 20-40697-acs

Derrick A. Willis                                                                         Chapter 7

Kara B. Willis

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0644-4                         User: aohlmann                              Page 1 of 2

Date Rcvd: Dec 16, 2020                      Form ID: 267                                Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derrick A. Willis, 463 South Scott St., Madisonville, KY 42431-2919 |
| jdb | + | Kara B. Willis, 195 Cherrywood Lane, Hanson, KY 42413-9662 |
| 6769761 | + | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 6769769 | | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 6769775 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 6769776 | + | Toyota Motor Credit, PO Box 105386, Atlanta, GA 30348-5386 |
| 6773430 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 19:34:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 6769762 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 19:12:00 | Cb/Vicscrt, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 6769763 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 19:12:00 | Comenity Bank/Victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 6769764 | + | Email/Text: mrdiscen@discover.com | Dec 16 2020 19:12:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 6769765 | + | Email/Text: bbagley@enerbankusa.com | Dec 16 2020 19:12:00 | Enerbank Usa, 1245 E Brickyard Rd Ste, Salt Lake City, UT 84106-2559 |
| 6769766 | + | Email/Text: gecubankruptcy@gecreditunion.org | Dec 16 2020 19:12:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati, OH 45241-2580 |
| 6769767 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 16 2020 19:34:26 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 6769768 | + | Email/Text: bankruptcynotices@kyhousing.org | Dec 16 2020 19:13:00 | Kentucky Housing Corpo, 1231 Louisville Rd, Frankfort, KY 40601-6191 |
| 6769770 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 19:35:05 | Syncb/Amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 6769771 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 19:35:05 | Syncb/Banarepdc, Po Box 965005, Orlando, FL 32896-5005 |
| 6769772 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 19:35:05 | Syncb/La Z Boy Comfort, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 6769773 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 19:34:16 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 6769774 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 19:34:18 | Syncb/Tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |

District/off: 0644-4

User: aohlmann

Page 2 of 2

Date Rcvd: Dec 16, 2020

Form ID: 267

Total Noticed: 21

6770481          +  Email/PDF: gecsedi@recoverycorp.com

Dec 16 2020 19:35:07    Synchrony Bank, c/o of PRA Receivables
Management, LLC, PO Box 41021, Norfolk, VA
23541-1021

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles R. Merrill | ustpregion08.lo.ecf@usdoj.gov |
| Mark H. Flener | mark@Flenerlaw.com  ky11@ecfcbis.com;deanna@flenerlaw.com |
| Mark R. Little | on behalf of Debtor Derrick A. Willis mark@littlelawky.com<br>kristi@littlelawky.com;3123@notices.nextchapterbk.com;rayna@littlelawky.com;joy@littlelawky.com |
| Molly Slutsky Simons | on behalf of Creditor Toyota Motor Credit Corporation bankruptcy@sottileandbarile.com |

TOTAL: 4